**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes  Date: October 29, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 09-cv-02142-CMA-MJW

| *Parties:* | *Counsel:* |
|---|---|
| WILLIAM A. RALSTON, <br> RICHARD L. RALSTON, and <br> SALBA SMART NATURAL PRODUCTS, LLC, | Stephen Gurr |
| Plaintiff, | |
| v. | |
| SALBA CORP., N.A., | Tobin Kern <br> David Wood *(telephonically)* |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Motion

**1:49 p.m.    Court in session**.

Also present: Plaintiffs William Ralston, Richard Ralston and Salba Smart Natural Products, LLL's client representative Alfredo Mealla.

Argument on the Petition to Compel Arbitration **(1)** and Defendant's Emergency Motion for Leave of Court to Obtain Limited, Expedited Discovery **(22)**.

**2:53 p.m.    Court in recess**.
**3:13 p.m.    Court in session**.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Petition to Compel Arbitration **(1)** is **granted**.

**ORDER:**   Defendant's Emergency Motion for Leave of Court to Obtain Limited, Expedited Discovery **(22)** is **denied as moot**.

**ORDER:**   Defendant's Request for Judicial Notice **(33)** is **denied**.

**ORDER:**   Plaintiffs' Motion for Attorney's Fees is **granted**. Plaintiffs shall file their Brief and supporting documentation as to attorney's fees within 10 days of today's date.

**3:31 p.m**   **Court in recess/hearing concluded**.

Total in-court time: 1:22